# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2013

## NO.  03-12-00028-CV

**Wendy Rogers; Neil Gallagher; Ronald R. Coleman; Steve Feeken; Gallagher Financial Group, Inc.; Kip Hartman; Michael Eastham; Fellowship Financial, LLC; Michael Castellano; Brian R. Cervanka; Global One Direct, LLC; and David A. Shields, Appellants**

**v.**

**The State of Texas and Eduardo Espinosa, Receiver for Retirement Value, LLC, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
### DISMISSED ON APPELLEE'S MOTION -- OPINION BY JUSTICE ROSE

**THIS DAY** came to be submitted appellee's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted.

**IT IS THEREFORE** ordered that said motion is granted and that the appeal is dismissed.  It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.